AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:18-mj-00780-JTR | Date and time warrant executed:<br>09/10/2018 1:31 pm | Copy of warrant and inventory left with:<br>David Paule |
| Inventory made in the presence of :<br>    SA Justin Smith | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>    (1) one DNA sample of the subject person collected via Buccal swab collection kit. | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     09/11/2018

*Executing officer's signature*

Christopher W. McPeak, Special Agent - FBI
*Printed name and title*